

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:    01-12-00989-CV

Trial Court Cause
Number:    CI042455

Style:    Gene Smirl d/b/a Gene's Pearland Exxon and Gene Smirl d/b/a Pearland Motor Company

**v** The State of Texas

Date motion filed[*]:    September 24, 2013

Type of motion:    Appellee's Motion to Strike Appellant's Reply Brief

Party filing motion:    Appellee RMJ Miller Real Estate Holdings, Ltd.

Document to be filed:

Is appeal accelerated? ☐ YES   ☐ NO

Ordered that motion is:

    ☒  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Terry Jennings
    ☒ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date: October 18, 2013